Evi Quaid, Pro Se
7600 Chevy Chase Drive
Chase Park, Suite 300, c/o Quaid Films
Austin, TX, 78752
802-453-7250
eliza.George@Mail.be

FILED
CLERK, U.S. DISTRICT COURT
10/12/21
CENTRAL DISTRICT OF CALIFORNIA
BY: cs             DEPUTY

Fee Paid

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EVI QUAID, an individual, ) | CV21-8116-PA(ASx) |
| ) | |
| Plaintiff ) | |
| ) | |
| ) | **MALPRACTICE** |
| ) | **NEGLIGENT SUPERVISION** |
| **GERARD FOX**, an individual; ) | **CONFLICT OF INTEREST** |
| ) | |
| **LAUREN GREEN, an individual;** ) | |
| ) | |
| ) | |
| **DOE 1-50**   Defendants. ) | |

1

## JURISDICTION AND VENUE

Jurisdiction is founded on diversity of citizenship pursuant to 28 USC 1332 based upon the facts more specifically alleged in below. The amount in controversy, exclusive of interest and costs, exceeds the sum of $75,000.

## THE PARTIES

Plaintiff Resides in Texas, Defendants reside in California.

## BACKGROUND

Come Now Evi Quaid, I bring this action pro se while I look for a MalPractice attorney.  I Evi Quaid Plaintiff was told by my homes title insurance company that I should seek legal advice to correct my homes title because California is the Real estate fraud capitol of the nation he told me my forged deed needed to be corrected, Gerard Fox and Lauren Green committed MalPractice giving legal advice for the self interest of others Gerard Fox Negligent supervision of  Lauren Greens MalPractice  caused me to be given inaccurate legal advice that has caused and could still could do further serious damage to me.

I am victim of Forgery I was physically attacked by a forger who also caused me to be attacked physically by others, I relied on  her legal advice
That legal advice was negligently disseminated to me they had a conflict, as a result of legal advice and Malpractice I could end up vulnerable to further physical attacks by the forger.

## FIRST CAUSE OF ACTION

### Legal Malpractice

Attorney Committed Malpractice, I am victim of Forgery my home was "stolen" by a forger who also caused me to be attacked physically, Attorney Gerard Fox and Lauren Green advised me without my best interest in mind when a conflict arose against my best interest they concealed the conflict.

Legal advice was then wrongfully and negligently disseminated to me, as a result of Gerard Fox and Lauren Green legal advice, conflict and Malpractice I have been seriously injured even though Forgery creates a void instrument in my title that has no statute I am still vulnerable to further physical attacks by the forger. They committed MalPractice. Her Him Attorney Profile is.(Gerard P Fox #151649), (Lauren Michelle Greene #271397)

## SECOND CAUSE OF ACTION

### Negligent Supervision

Attorney Gerard Fox (Gerard P Fox #151649), Lauren Greens superior failed to competently supervise his Attorney and the negligent advice she gave me his

NEGLIGENT SUPERVISION /Malpractice has injured me . (Lauren Michelle Greene #271397)

    I am victim of Forgery my home was stolen by a forger who also caused me to be attacked physically,

Legal advice was negligently disseminated to me, as a result of the legal advice and Malpractice I have been damaged. Madden v. Aldrich, 58 S.W.3d 342 (Ark. 2001)

## THIRD CAUSE OF ACTION

### Conflict of interest

    I am victim of Forgery I was physically attacked by a forger who also caused me to be attacked physically by others, Gerard Fox and Lauren Green advised me. That legal advice was negligently disseminated to me they had a conflict with City National Bank that arose about 2 weeks prior to conflicted legal actions that took place Gerard and Lauren did not inform me or show me the emails showing that clear conflict had arisen, as a result Gerard Fox and Lauren Green did not protect my interest but began hiding information and devising ways to withdraw in a way that in fact harmed me they did not give crucial legal advice but instead without informing me of the conflict worked against my interests, and did not give true

legal advice and committed Malpractice as a result I could end up vulnerable to further physical attacks by the forger. Perez v. Kirk & Carrigan, 822 S.W.2d 261 (Tex. App. 1991)

In Kelley v. Buckley, 193 Ohio App.3d 11, 950 N.E.2d 997 (Oh. App. 2011),

### Equitable and Declaratory relief

Correct the intentionally inaccurate legal advice and damage done declare the conflict that arose in open court, so I am not harmed by the bogus legal advice and concealment. Correct what has caused and has made me vulnerable to further physical attacks by the man who forged my homes deed to himself. monetary relief and damages.

### PRAYER FOR RELIEF

**WHEREFORE Plaintiffs pray for judgment against Defendant as follows:**

1. Equitable and declaratory relief

Provide the correct legal advise with my best interest that I paid for, correct the inaccurate legal advice provided me that has caused me damage and forced me

to be vulnerable to further physical attacks by the monstrous man who forged my homes deed to himself. And has caused me to be physically attacked.

2.      For compensatory damages in an amount for one million dollars.

3.      For punitive damages in an amount for one million dollars.

4.      For exemplary damages in an amount  one million dollars.

Dated: Oct 11, 2021                              Respectfully submitted,


                               By Evi Quaid__/s/Evi Quaid, Pro Se


DEMAND FOR JURY TRIAL

Plaintiff demand a jury trial of all the issues raised in the complaint.

                              Respectfully submitted,

                               By Evi Quaid__/s/Evi Quaid, Pro Se