JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EVI QUAID, | CV 21-8116 PA (ASx) |
| Plaintiff, | JUDGMENT |
| v. | |
| GERARD FOX and LAUREN GREEN, | |
| Defendants. | |

Pursuant to the Court's December 14, 2021 Minute Order dismissing this action for lack of subject matter jurisdiction, lack of prosecution, and for failure to comply with a Court order,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that this action is dismissed without prejudice.

IT IS SO ORDERED.

DATED: December 14, 2021

_____
Percy Anderson
UNITED STATES DISTRICT JUDGE